UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 MAR 6 AM 11:58

23-CV-1109 ADC

USA,
Plaintiff
v.
Rolando Barreiro Vazquez (1),
DEFENDANT.

Case nom: 07-CF-010336
Obts nom: 2901231105

State of Florida

Count Crime: (1). ATTEMPTED FELONY MURDER SPE 782051 1- BATT 7005.(2) AGGRAVATED BATERI WITH A WEAP 784045 1A1. (3) ARMED BURGLARI OF A DWELLING W 81002 (4) ROBBERY (WEAPONLESS TH 812.13 12A (5) AGGRAVATED ASSAULT WITH DEADLY 784021

### -NOTICE-

Hon. Tribunal.
Su Señoría:

1- Con su permiso su, Señoría. y la de este Hon. Tribunal. del distrito de Puerto Rico. pido muy respetuosamente. que se me permita, hacer y Continual, este escrito. o mas bien petición. en, mi lengaje natural. el cual es el, Español. bajo la, Regla, Norma o Ley. R.L. Civ. 5)

2- Su Señoría y este, Hon. Tribunal. le pedimos con todo respeto. que no se permita. que por razónes de este 'impedimento'. por decirlo de algun modo. se prohiba que se le de la atención meritoria que se merece. aun que el mismo. sea en español y no en Ingles. mis discurpas nuevamente por ello.

1-5

## -DECLARACION DE HECHOS-

1- Su Señoria, si la memoria no me faya. me extaditaron para el, Estado de la, Florida. aya para el, 2010 y entiendo. si no me equiboco, que para el año del, 2011. Tome un pre-acuerdo con el estado, haci economisandoles recursos.

2- Su Señoria, parte del pre-acuerdo concistia en que todos los cargos, fueran sentenciados de forma concurentes entre si. y concurente con mi sentencia en, Puerto Rico. Tanbien se le pidio al, hon. Tribunal que la sentencia fuera para ser cumplida en Puerto Rico. para hasi, desta forma. yo poder beneficiarme de todos los beneficios que me ofrece el, departamento de Correccion y rehabilitacion a qui en Puerto Rico.

3- Su Señoria, yo me encuentro en las priciones de, Puerto Rico desde el, 2011. si no me equiboco. pero debido a que en mi. Expediente Criminal aun. aun figura. "una olden de detencion". no me e podido beneficiar de todos los programas que me ofrece el departamento de Correccion para mi rehabilitasion. Como es eso?

A- hasta el momento. yo me e beneficiado de algunas terapias y me e graduado de las mismas y los sertificados. se encuentran en mi expediente. aun que en este documento le hacemos yegar unas copias de algunos de ellos

B- Tanbién pude optener el diploma de cuarto año

C- Aun que sé, que hubiera tenido muchos mas logros. pero an sido. asta el momento, tronchados. por ese ditener. que aun que no debe de estar hay. pus asta donde se, el. Estado de la Florida y yo. ya acabamos todo. el mismo figura actibo en mi

2-5

Case 3:23-cv-01109-ADC   Document 1   Filed 03/06/23   Page 3 of 5

3-5

## -RESUMEN-

1.- Su Señoría, comenzaré con este resumen diciendo-le. Que no se de leyes y mucho menos federales, pero espero que estos documentos en español, que es el único idioma que puedo decir domino por completo. Sea acojido en este hon. tribunal. y se atienda mi reclamo.

2.- Para resumir el mismo. Su Señoría, pedimos muy respetuosamente. Que la Orden de detención que figura en mi expediente a quien en Puerto Rico. Sea declarada nula, terminada, acabada. ya

que se me a quitado el privilegio de poder ir a otras Instituciones, a competir en algunos eventos que el departamento de Corrección tiene para insentibar la rehabilitación de los confinados. tales como por ej. Competencias de, domino, competencias de ajedres. pero aun mucho mas importante. a evitado el que yo me pueda beneficiar de una custodia mínima.

4.- Su Señoría, aproximadamente yo hoy para quince (15) años. encarcelado y todas ides que me dan un comité. Siempre me dicen que basen tres el detener a detención. figure en mi expediente y por eyo. Yo nunca podre ir a una custodia minima. En donde me puedo benefici ando de otras cosas que me ayudan a insentibar mi rehabilitación. 'lo cual es el logro y el decho de todo confinado'. para que en un futuro no muy legano. nos podamos re-encontrar con nuestras seres queridos y ser unos personas productibas para nuestras familias y la sociedad.

que entendemos, no hay razón alguna por la que el mismo figure activo en mi expediente, ya que no debo nada en el estado de Florida, ni en ninguna otra parte.

3- Ya que de este modo, no me puedo beneficiar al cien por ciento, (100%), de mi re-abilitación a que en Puerto Rico.

4- Su Señoria, quiciera informarle que por mucho tiempo e tratado de hacer estas jestiones por mi mismo como por ej.:

    A- Tenando Remedios administrativos
    B- hablando personalmente con mis socio-penales
    C- hablando con los(a) tenicos de record Criminal
    D- Y ahora tan reciente como un mes mas omenos, con el Superintendente de esta Carcel de Guayama 500, a lo que me aconsejo hacer lo estoy haciendo.

5- Por tal razón, es que terminamos este resumen pidiendoles, que si e pasado algo por alto o aun no e tomado el debido procedimiento para que esto pueda ser completado, le pedimos respetuosamente se me instruya cual es el procedimiento a seguir.

-SUPICA-

Suplicamos de la mayoria el mas alto sentido de humanismo, Comprencion y equidad Caracterizantes de este hon. Tribunal de distrito aquien Puerto Rico.

Con el mayor de los respetos le pedimos a este tan honorable Tribunal, Conseda con un "Ha Lugar", todo lo aqui solicitado en éste escrito.

4-5

Muy respetuosamente, sometido ante la concideración de este tan, honorable Tribunal, hoy: 28 de febrero de 2023.

Nombre: Rolando Barreiro Vazquez
Firma: Rolando Barreiro Vazquez
Inst: Guayama 500. C-B #221
P.O. Box 10005
Guayama, Puerto Rico
00785.